THE STATE OF OHIO, APPELLEE, *v.* FERGUSON, APPELLANT.

[Cite as *State v. Ferguson* (1998), 84 Ohio St.3d 13.]

(No. 98–948—Submitted October 13, 1998—Decided November 25, 1998.)

*Ronald J. O'Brien,* Franklin County Prosecuting Attorney, and *Steven L. Taylor,* Assistant Prosecuting Attorney, for appellee.

*Judith M. Stevenson,* Franklin County Public Defender, and *David L. Strait,* Assistant Public Defender, for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.